# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR2700-RBM |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RESTITUTION |
| MARGARITO MEZA, | |
| Defendant. | |

IT IS HEREBY ORDERED:

1. Pursuant to Title 18, United States Code, Section 3663A(a)(1), Defendant Margarito Meza (hereinafter "Defendant") shall pay restitution in the amount of **$1,837,000.00** as a result of Defendant's conviction for Transportation of stolen vehicles in foreign commerce, in violation of 18 U.S.C. § 2312 and 18 U.S.C. §371. Restitution shall be joint and several with all co-defendants and co-conspirators ordered to pay restitution for the same losses. The presently known co-defendant and co-conspirator is Daniel Soto.

2. Restitution shall be paid to the victims in the specified amounts, pro rata when identified and provided to defendant and the Court. The fact that victims are not yet identified does not relive defendant of the obligation to pay restitution to the Court, to be held in the registry pending identification of the victims and specific losses. Under no circumstance will defendant be refunded any restitution paid to the Court.

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

    a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

    b. Upon release from custody, Defendant shall pay restitution at the greater of the rate of at least $1000.00 per month or 25% of Defendant's gross monthly income, subject to modification upon further agreement of the parties or order of the Court.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

    Clerk of the Court
    United States District Court
    Southern District of California
    333 West Broadway, Suite 420
    San Diego, CA 92101

7. The Court has determined that Defendant has the ability to pay interest. Thus, Defendant shall pay interest pursuant to 18 U.S.C. § 3612(f)(1).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

//
//
//

9.    Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs.  *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: 1/5/2024

HON. RUTH B. MONTENEGRO
United States District Judge